**EXHIBIT 1**

Law Offices Of

# ANDREW L. PACKARD

245 Kentucky Street, Suite B3, Petaluma, CA 94952
Phone (707) 782-4060   Fax (707) 782-4062
Info@PackardLawOffices.com

May 8, 2023

**VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Kathryn Gleeson, Director, Envtl. Services        Gene Gebolys
AltAir Paramount, LLC                             AltAir Paramount, LLC
Glenn Clausen, Director, Eng. and Tech.           World Energy, LLC
Services                                          225 Franklin Street, Suite 2330
14700 Downey Avenue                               Boston, MA 02110
Paramount, CA 90723


Cogency Global, Inc.
Agent for Service of Process
ATTN: Erin Haggerty
1325 J Street, Suite 1550
Sacramento, CA 95814


**Re:    NOTICE OF VIOLATIONS AND INTENT TO FILE SUIT UNDER THE
        FEDERAL WATER POLLUTION CONTROL ACT ("CLEAN WATER ACT")
        (33 U.S.C. §§ 1251 *et seq.*)**

Dear Kathryn Gleeson, Glenn Clausen, Gene Gebolys:

This firm represents Los Angeles Waterkeeper ("LA Waterkeeper") in regard to violations of the Clean Water Act ("Act") occurring at AltAir Paramount's facility located at 14700 Downey Avenue, in Paramount, California 90723 ("Facility"). This letter is being sent to you as the responsible owners and/or operators of the enterprise, and as the registered agent for these entities. Unless otherwise noted, AltAir Paramount, LLC, World Energy, LLC, Kathryn Gleeson, Glenn Clausen, and Gene Gebolys shall hereinafter be collectively referred to as "AltAir." The purpose of this letter is to provide AltAir with notice of the violations of the Industrial General Permit occurring at the Facility, including, but not limited to, noncompliant discharges of polluted storm water associated with industrial activities from the Facility into local surface waters.

AltAir is in ongoing violation of the substantive and procedural requirements of the Clean Water Act, 33 U.S.C. § 1251 *et seq.*, and National Pollutant Discharge Elimination System ("NPDES") General Permit No. CAS000001, State Water Resources Control Board Water Quality Order No. 14-57-DWQ as amended by Order 2015-0122-DWQ & Order 20XX-XXXX-DWQ incorporating: 1) Federal Sufficiently Sensitive Test Method Ruling; 2) Total Maximum

Notice of Violation and Intent to File Suit
May 8, 2023
Page 2

Daily Load ("TMDL") Implementation Requirements; and 3) Statewide Compliance Options Incentivizing On-Site or Regional Storm Water Capture and Use (collectively "General Permit" or "Permit").[1]

Pursuant to Section 309(d) of the Act (33 U.S.C. § 1319(d)) and the Adjustment of Civil Monetary Penalties for Inflation, 40 C.F.R. § 19.4, each separate violation of the Act subjects AltAir to a penalty for all violations occurring during the period commencing five years prior to the date of the Notice Letter.  These provisions of law authorize civil penalties of up to $64,618 per day per violation for all Clean Water Act violations occurring after November 2, 2015.

In addition to civil penalties, LA Waterkeeper will seek injunctive relief preventing further violations of the Act pursuant to Sections 505(a) and (d) (33 U.S.C. §1365(a) and (d)) and such other relief as permitted by law.  Lastly, Section 505(d) of the Act (33 U.S.C. § 1365(d)) permits prevailing parties to recover costs and fees, including attorneys' fees.

The Clean Water Act requires that sixty (60) days prior to the initiation of a citizen-enforcement action under Section 505(a) of the Act (33 U.S.C. § 1365(a)), a citizen enforcer must give notice of its intent to file suit.  Notice must be given to the alleged violator, the U.S. Environmental Protection Agency, and the Chief Administrative Officer of the water pollution control agency for the State in which the violations occur.  *See* 40 C.F.R. § 135.2.  As required by the Act, this letter provides statutory notice of the violations that have occurred, and continue to occur, at the Facility.  40 C.F.R. § 135.3(a).  At the expiration of sixty (60) days from the date of this letter, LA Waterkeeper intends to file suit under Section 505(a) of the Act in federal court against AltAir for violations of the Clean Water Act and the Permit.

I.      **Background.**

A.      **Los Angeles Waterkeeper**

LA Waterkeeper is a 501(c)(3) public benefit corporation organized under the laws of California with its main office located in Santa Monica, California.  LA Waterkeeper was founded in 1993, and its members live, work, and recreate in and around the Los Angeles area. LA Waterkeeper is dedicated to the preservation, protection, and defense of the inland and coastal waters of Los Angeles County including the Los Angeles River.  To further its mission, LA Waterkeeper actively seeks federal and state implementation of the Clean Water Act.  Where necessary, LA Waterkeeper directly initiates enforcement actions on behalf of itself and its members.

Members of LA Waterkeeper own homes and reside in Los Angeles County, and use and enjoy the Los Cerritos Channel and the bordering wetlands, parks, pathways, marina and outdoor

_____

[1] AltAir most recently submitted a Notice of Intent ("NOI") to comply with the General Permit for the Facility on or about February 8, 2019.  The Facility is assigned the Waste Discharge Identification ("WDID") Number 4 19I027557.

Notice of Violation and Intent to File Suit
May 8, 2023
Page 3

basketball courts  As explained in detail below, AltAir discharges pollutants into the Los Cerritos Channel, in violation of the Clean Water Act and the General Permit.  LA Waterkeeper members also use and enjoy the Los Cerritos Channel to bike, bird watch, view wildlife, hike, walk, and run.  Additionally, LA Waterkeeper members use the Los Cerritos Channel to engage in scientific study through pollution and habitat monitoring and restoration activities.  The unlawful discharge of pollutants from the Facility into the Los Cerritos Channel impairs LA Waterkeeper members' use and enjoyment of these waters.  The unlawful discharge of pollutants from the Facility requires LA Waterkeeper to expend its limited resources to study and combat pollution from the Facility.  Thus, the interests of LA Waterkeeper and its members have been, are being, and will continue to be adversely affected by AltAir's failure to comply with the Clean Water Act and the General Permit.

**B.    The Clean Water Act.**

Congress enacted the CWA in 1972 in order to "restore and maintain the chemical, physical, and biological integrity of the Nation's waters."  33 U.S.C. § 1251.  The Act prohibits the discharge of pollutants into United States waters except as authorized by the statute.  33 U.S.C. § 1311; *San Francisco Bay Keeper, Inc. v. Tosco Corp*., 309 F.3d 1153, 1156 (9th Cir. 2002).  The Act is administered largely through the NPDES permit program.  33 U.S.C. § 1342.  In 1987, the Act was amended to establish a framework for regulating storm water discharges through the NPDES system.  Water Quality Act of 1987, Pub. L. 100-4, § 405, 101 Stat. 7, 69 (1987) (codified at 33 U.S.C. § 1342(p)); *see also Envtl. Def. Ctr., Inc. v. EPA*, 344 F.3d 832, 840-41 (9th Cir. 2003) (describing the problem of storm water runoff and summarizing the Clean Water Act's permitting scheme).  The discharge of pollutants not specifically allowed by a NPDES permit is illegal.  *Ecological Rights Found. v. Pacific Lumber Co*., 230 F.3d 1141, 1145 (9th Cir. 2000).

Much of the responsibility for administering the NPDES permitting system has been delegated to the states.  *See* 33 U.S.C. § 1342(b); *see also* Cal. Water Code § 13370 (expressing California's intent to implement its own NPDES permit program).  The CWA authorizes states with approved NPDES permit programs to regulate industrial storm water discharges through individual permits issued to dischargers and/or through the issuance of a single, statewide general permit applicable to all industrial storm water dischargers.  33 U.S.C. § 1342(b).  Pursuant to Section 402 of the Act, the Administrator of the EPA has authorized California's State Board to issue individual and general NPDES permits in California.  33 U.S.C. § 1342.

**C.    California's General Permit for Storm Water Discharges Associated with Industrial Activities**

Facilities discharging, or having the potential to discharge, storm water associated with industrial activities that have not obtained an individual NPDES permit must apply for coverage under the General Permit by filing a Notice of Intent to Comply ("NOI").  General Permit, Standard Condition XXI.A.  These facilities must file their NOIs before the initiation of industrial operations.  *Id.*

Facilities must strictly comply with all of the terms and conditions of the General Permit.  A violation of the General Permit is a violation of the CWA.  The General Permit contains three primary and interrelated categories of requirements: (1) discharge prohibitions, receiving water limitations and effluent limitations; (2) Storm Water Pollution Prevention Plan ("SWPPP")

Notice of Violation and Intent to File Suit
May 8, 2023
Page 4

requirements; and (3) self-monitoring and reporting requirements.

Beginning under the General Permit Facilities must submit Exceedance Response Action Plans ("ERA Report") to the State Board outlining effective plans to reduce pollutants if a Facility reports a pollutant above the Numeric Action Level ("NAL"). An annual NAL exceedance occurs when the average of all the analytical results for a parameter from samples taken within a reporting year exceeds the annual NAL value for that parameter. General Permit Section XII.A. An instantaneous maximum NAL exceedance occurs when two (2) or more analytical results from samples taken for any single parameter within a reporting year exceed the instantaneous maximum NAL value or are outside of the instantaneous maximum NAL range for pH. *Id.*

The General Permit contains requirements that are specific to the Total Maximum Daily Load ("TMDL") for watersheds and water bodies with U.S. EPA-approved and U.S. EPA-established TMDLs for Dischargers covered by the General Permit. TMDLs relate to the maximum amount of a pollutant that a water body can receive and still attain water quality standards. Dischargers located within a watershed for which a TMDL has been approved by U.S. EPA shall comply with any applicable TMDL-specific permit requirements that are set forth in Attachment E to the General Permit. General Permit, V.C. Dischargers shall compare all sampling and analytical results from each distinct sample to the corresponding instantaneous Numeric Effluent Limitations ("NEL") values in the TMDL Compliance Table E-2. *Id.*, Attachment C at 5. An exceedance of an NEL occurs when two or more analytical results from samples taken for any single parameter within a reporting year exceeds the instantaneous maximum NEL value. *Id.* An exceedance of an NEL is a violation of the General Permit. *Id.*

### D.    AltAir's Paramount Facility

AltAir's Facility is located at 14700 Downey Avenue in Paramount, California, 90723. According to its SWPPP, last updated September 2022, the Facility's primary industrial purpose is operation of a renewable fuels production plant that processes animal fats and vegetable oils into transportation fuels, including gasoline, diesel and jet fuel. Storm water that comes into contact with the refinery process areas is regulated under the Facility's NPDES Permit No. CA0056065, and is required to be discharged, after treatment, into the sanitary sewer system.

The areas of the Facility governed by the General Permit ("GP Area") includes the refinery's North Road and the parking lots located at the western portion of the refinery, as well as AltAir's North Storage Yard and the Scale House Area located at the eastern portion of the refinery. The Facility is operated 24 hours per day, seven days per week.

Information available to LA Waterkeeper indicates that AltAir conducts industrial activities both indoors and outdoors at the approximately 15-acre Facility. Industrial activities at the Facility include, but are not limited to: vehicle parking, vehicle and truck roadways, operations related to the tank truck scale house, product oil metering, and operation of an equipment storage yard. AltAir collects and discharges storm water associated with industrial activities at the Facility through at least two (2) discharge points. LA Waterkeeper is informed and believes that fugitive storm water discharges from other border areas at the Facility.

According to the Facility's NOI, AltAir operates under Standard Industrial Classification ("SIC") Code 2911 ("Petroleum Refining"). Under the General Permit, AltAir is required to

Notice of Violation and Intent to File Suit
May 8, 2023
Page 5

analyze its samples of storm water for total suspended solids ("TSS"), oil and grease ("O&G"), and pH.  Facilities must also sample and analyze for additional parameters identified on a facility-specific basis for parameters identified in a pollutant source assessment, for parameters related to receiving water impairments, or as required by the Regional Board.  General Permit, Section XI.B.6.  Pursuant to the Clean Water Act Section 303(d) list of impaired waterbodies, Los Cerritos Channel is listed for the following water quality impairments: ammonia, bis(2ethylhexyl)phthalate (DEHP), chlordane (sediment), copper, indicator bacteria, lead, pH, trash, and zinc.  Alamitos Bay is listed as impaired for indicator bacteria and dissolved oxygen. San Pedro Bay is listed as impaired for dichlorodiphenyltrichloroethane, polychlorinated biphenyls, and toxicity.

The areas of industrial activities are sources of pollutants at the Facility.  From these drainage areas, the Facility discharges to municipal storm drains that discharge to Los Cerritos Channel, which drains to Alamitos Bay, then San Pedro Bay, and ultimately to the Pacific Ocean ("Impacted Waters").  The Impacted Waters are waters of the United States within the meaning of the Clean Water Act.

## II.    AltAir's Violations of the Act and Permit.

On July 1, 2020, the amendment to the General Permit by Order No. 2015-0122-DWQ became enforceable and updated pollutant-discharge standards including Total TMDL Implementation Requirements and Statewide Compliance Options Incentivizing On-Site or Regional Storm Water Capture and Use.  General Permit Attachment E.  Any exceedances of a Numeric Effluent Limitation ("NEL") following July 1, 2020 is a per se violation of the General Permit and Clean Water Act.  For this Facility, applicable NELs include copper (0.0098 mg/L), zinc (0.0956 mg/l), and lead (0.0558 mg/L).  In recent reporting years, and also following the implementation of the NEL for the Los Cerritos Channel, AltAir violated these standards, and LA Waterkeeper alleges that AltAir will continue to exceed NELs in the future.

Based on its review of available public documents, LA Waterkeeper is informed and believes that AltAir, through its operation of the Facility, is in ongoing violation of both the substantive and procedural requirements of the CWA and the General Permit.  These violations are ongoing and continuous.  Consistent with the five-year statute of limitations applicable to citizen enforcement actions brought pursuant to the federal Clean Water Act, AltAir is subject to penalties for violations of the Act since May 8, 2018.

### A.    AltAir Discharges Storm Water Containing Pollutants in Violation of the General Permit's Discharge Prohibitions, Receiving Water Limitations and Effluent Limitations.

AltAir's storm water sampling results provide conclusive evidence of AltAir's failure to comply with the General Permit's discharge prohibitions, receiving water limitations and effluent limitations at its Facility.  Self-monitoring reports under the Permit are deemed "conclusive evidence of an exceedance of a permit limitation."  *Sierra Club v. Union Oil*, 813 F.2d 1480, 1493 (9th Cir. 1987).

### 1.    Applicable Water Quality Standards.

The General Permit requires that storm water discharges and authorized non-storm water

Notice of Violation and Intent to File Suit
May 8, 2023
Page 6

discharges shall not cause or threaten to cause pollution, contamination, or nuisance.  General Permit, Discharge Prohibition III.C.  The General Permit also prohibits discharges that violate any discharge prohibition contained in the applicable Regional Water Board's Basin Plan or statewide water quality control plans and policies.  General Permit, Discharge Prohibition III.D. Furthermore, storm water discharges and authorized non-storm water discharges shall not adversely impact human health or the environment, and shall not cause or contribute to a violation of any water quality standards in any affected receiving water.  General Permit, Receiving Water Limitations VI.A, VI.B.

Dischargers are also required to prepare and submit documentation to the Regional Board upon determination that storm water discharges are in violation of the General Permit's Receiving Water Limitations.  General Permit, Special Condition XX.B.  The documentation must describe changes the discharger will make to its current storm water best management practices ("BMPs") in order to prevent or reduce any pollutant in its storm water discharges that is causing or contributing to an exceedance of water quality standards.  *Id*.

The California Toxics Rule ("CTR") is an applicable water quality standard under the Permit, the violation of which is a violation of Permit conditions.  *Cal. Sportfishing Prot. Alliance v. Chico Scrap Metal, Inc.*, 2015 U.S. Dist. LEXIS 108314, *21 (E.D. Cal. 2015).  CTR establishes numeric receiving water limits for toxics pollutants in California surface waters.  40 C.F.R. § 131.38.  The CTR establishes a numeric limit for at least one of the pollutants thought to be discharged by AltAir: zinc – 0.12 mg/L (maximum concentration); copper – 0.013 mg/L (maximum concentration); and lead – 0.065 mg/L (maximum concentration).

The Water Quality Control Plan for the Los Angeles Region ("Basin Plan") sets forth water quality standards and prohibitions applicable to AltAir's storm water discharges from its Facility.  The Basin Plan includes a narrative toxicity standard which states that "(a)ll waters shall be maintained free of toxic substances in concentrations that produce detrimental physiological responses in human, plant, animal, or aquatic life."  The Basin Plan's Water Quality Standards require narrower pH range of 6.5 – 8.5 pH units for inland surface waters such as the Los Cerritos Channel.

## 2.     Applicable Effluent Limitations.

Dischargers are required to reduce or prevent pollutants in their storm water discharges through implementation of best available technology economically achievable ("BAT") for toxic and nonconventional pollutants and best conventional pollutant control technology ("BCT") for conventional pollutants.  General Permit, Effluent Limitation V.A.  Conventional pollutants include Total Suspended Solids, Oil & Grease, pH, Biochemical Oxygen Demand and Fecal Coliform.  40 C.F.R. § 401.16.  All other pollutants are either toxic or nonconventional.  40 C.F.R. §§ 401.15-16.

Under the General Permit, benchmark levels established by the EPA ("EPA benchmarks") and Numeric Action Levels ("NAL") serve as guidelines for determining whether a facility discharging industrial storm water has implemented the requisite BAT and BCT.  *Santa*

Notice of Violation and Intent to File Suit
May 8, 2023
Page 7

*Monica Baykeeper v. Kramer Metals,* 619 F. Supp. 2d 914, 920, 923 (C.D. Cal 2009); General
Permit, Exceedance Response Action XII.A.

The following EPA benchmarks have been established for pollutants discharged by
AltAir: ammonia – 2.14 mg/L; Total Suspended Solids – 100 mg/L; Oil & Grease – 15.0 mg/L;
pH – 6.0-9.0 s.u.; copper – 0.0519 mg/L; lead – 0.082 mg/L; chemical oxygen demand – 120
mg/L; biochemical oxygen demand (5-day) – 30 mg/L; and zinc – 0.12 mg/L.  The following
Annual NALs have been established for pollutants discharged by AltAir: ammonia – 2.14 mg/L;
Total Suspended Solids – 100 mg/L; Oil & Grease – 15.0 mg/L; pH – 6.0-9.0 s.u.; copper –
0.0332 mg/L; lead – 0.262 mg/L; chemical oxygen demand – 120 mg/L; biochemical oxygen
demand – 30 mg/L; and zinc – 0.26 mg/L.

The General Permit also requires a permittee whose discharges violate the General
Permit's Receiving Water Limitations or water quality standards, such as, NALs, TMDLs,
TNALs, and NELs to implement additional BMPs or other control measures that are tailored to
that facility in order to attain compliance with the receiving water limitation.  A discharger that is
notified by a Regional Board or who determines the discharge is causing or contributing to an
exceedance of a water quality standard must comply with the Water Quality Based Corrective
Action in Section XX.B of the General Permit and report to the Regional Board regarding the
same.  General Permit, Section XX.B.  As noted above, the NELs established numeric limits for
at least three of the pollutants discharged by AltAir: zinc – 0.0956 mg/L; copper – 0.0098 mg/L;
and lead – 0.0558 mg/L.

### 3.      AltAir's Storm Water Sample Results

As detailed above, AltAir's SWPPP describes two discharge points and two sampling
locations.  Storm water discharged from the Facility flows into the municipal separate storm
sewer system ("MS4") to the Impacted Waters.

Except as provided in Section XI.C.4 of the General Permit, samples shall be collected
from each drainage area at all discharge locations.  The samples must be: a) representative of
storm water associated with industrial activities and any commingled authorized non-storm water
discharges; or, b) associated with the discharge of contained storm water.  At this time, LA
Waterkeeper is unable to determine if storm water from the two sampling points at the Facility is
representative of industrial storm water at the Facility.

The following discharges of pollutants from the Facility have violated the discharge
prohibitions, receiving water limitations and effluent limitations of the Permit:

### a.   Discharge of Storm Water Containing Zinc at Concentrations in Excess of Applicable Water Quality Standards

Notice of Violation and Intent to File Suit
May 8, 2023
Page 8

| Date | Discharge Point | Parameter | Concentration in Discharge (mg/L) | Numeric Effluent Limitation (mg/L) | CTR (mg/L) | NAL & EPA Benchmark (mg/L) |
|---|---|---|---|---|---|---|
| 10/13/2018 | S-1 | Zn | 0.917 | 0.0956 | 0.12 | 0.26 |
| 10/13/2018 | S-2 | Zn | 0.792 | 0.0956 | 0.12 | 0.26 |
| 11/29/2018 | S-1 | Zn | 0.155 | 0.0956 | 0.12 | 0.26 |
| 11/29/2018 | S-2 | Zn | 0.214 | 0.0956 | 0.12 | 0.26 |
| 1/6/2019 | S-1 | Zn | 0.203 | 0.0956 | 0.12 | 0.26 |
| 1/6/2019 | S-2 | Zn | 0.339 | 0.0956 | 0.12 | 0.26 |
| 1/31/2019 | S-1 | Zn | 0.196 | 0.0956 | 0.12 | 0.26 |
| 1/31/2019 | S-2 | Zn | 0.417 | 0.0956 | 0.12 | 0.26 |
| 11/28/2019 | S-1 | Zn | 0.213 | 0.0956 | 0.12 | 0.26 |
| 11/28/2019 | S-2 | Zn | 0.447 | 0.0956 | 0.12 | 0.26 |
| 12/23/2019 | S-1 | Zn | 0.133 | 0.0956 | 0.12 | 0.26 |
| 12/25/2019 | S-2 | Zn | 0.187 | 0.0956 | 0.12 | 0.26 |
| 3/12/2020 | S-1 | Zn | 0.17 | 0.0956 | 0.12 | 0.26 |
| 3/22/2020 | S-1 | Zn | 0.15 | 0.0956 | 0.12 | 0.26 |
| 3/22/2020 | S-2 | Zn | 0.14 | 0.0956 | 0.12 | 0.26 |
| 4/6/2020 | S-2 | Zn | 0.14 | 0.0956 | 0.12 | 0.26 |
| 12/28/2020 | S-1 | Zn | 0.17 | 0.0956 | 0.12 | 0.26 |
| 12/28/2020 | S-2 | Zn | 2.2 | 0.0956 | 0.12 | 0.26 |
| 1/28/2021 | S-1 | Zn | 0.12 | 0.0956 | 0.12 | 0.26 |
| 1/28/2021 | S-2 | Zn | 0.21 | 0.0956 | 0.12 | 0.26 |
| 3/3/2021 | S-1 | Zn | 0.19 | 0.0956 | 0.12 | 0.26 |
| 3/3/2021 | S-2 | Zn | 0.45 | 0.0956 | 0.12 | 0.26 |
| 3/10/2021 | S-1 | Zn | 0.19 | 0.0956 | 0.12 | 0.26 |
| 3/10/2021 | S-2 | Zn | 0.32 | 0.0956 | 0.12 | 0.26 |
| 10/25/2021 | S-1 | Zn | 0.663 | 0.0956 | 0.12 | 0.26 |
| 10/25/2021 | S-2 | Zn | 0.629 | 0.0956 | 0.12 | 0.26 |
| 12/14/2021 | S-1 | Zn | 0.287 | 0.0956 | 0.12 | 0.26 |
| 12/14/2021 | S-2 | Zn | 0.446 | 0.0956 | 0.12 | 0.26 |
| 12/23/2021 | S-2 | Zn | 0.218 | 0.0956 | 0.12 | 0.26 |
| 3/28/2022 | S-1 | Zn | 0.428 | 0.0956 | 0.12 | 0.26 |
| 3/28/2022 | S-2 | Zn | 0.696 | 0.0956 | 0.12 | 0.26 |
| 1/5/2023 | S-1 | Zn | 0.353 | 0.0956 | 0.12 | 0.26 |
| 3/21/2023 | S-1 | Zn | 0.605 | 0.0956 | 0.12 | 0.26 |

**b. Discharge of Storm Water Containing Chemical Oxygen Demand (COD) at Concentrations in Excess of Applicable**

Notice of Violation and Intent to File Suit
May 8, 2023
Page 9

## Water Quality Standards

| Date | Discharge Point | Parameter | Concentration in Discharge (mg/L) | NAL & EPA Benchmark (mg/L) |
|---|---|---|---|---|
| 10/13/2018 | S-1 | COD | 364 | 120 |
| 10/13/2018 | S-2 | COD | 379 | 120 |
| 11/29/2018 | S-1 | COD | 238 | 120 |
| 11/29/2018 | S-2 | COD | 219 | 120 |
| 1/6/2019 | S-2 | COD | 197 | 120 |
| 1/31/2019 | S-2 | COD | 146 | 120 |
| 11/28/2019 | S-1 | COD | 200 | 120 |
| 11/28/2019 | S-2 | COD | 159 | 120 |
| 3/12/2020 | S-1 | COD | 130 | 120 |
| 4/6/2020 | S-2 | COD | 190 | 120 |
| 12/28/2020 | S-1 | COD | 214 | 120 |
| 12/28/2020 | S-2 | COD | 426 | 120 |
| 1/28/2021 | S-1 | COD | 131 | 120 |
| 1/28/2021 | S-2 | COD | 153 | 120 |
| 3/3/2021 | S-1 | COD | 221 | 120 |
| 3/3/2021 | S-2 | COD | 316 | 120 |
| 3/10/2021 | S-2 | COD | 236 | 120 |
| 10/25/2021 | S-1 | COD | 570 | 120 |
| 10/25/2021 | S-2 | COD | 498 | 120 |
| 3/28/2022 | S-1 | COD | 248 | 120 |
| 3/28/2022 | S-2 | COD | 2970 | 120 |
| 1/5/2023 | S-1 | COD | 177 | 120 |
| 3/21/2023 | S-1 | COD | 156 | 120 |

c. **Discharge of Storm Water Containing Copper at Concentrations in Excess of Applicable Water Quality Standards**

| Date | Discharge Point | Parameter | Concentration in Discharge (mg/L) | Numeric Effluent Limitation (mg/L) | EPA Benchmark Value (mg/L) | CTR (mg/L) | NAL (mg/L) |
|---|---|---|---|---|---|---|---|
| 10/13/2018 | S-1 | Cu | 0.0904 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 10/13/2018 | S-2 | Cu | 0.0957 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 11/29/2018 | S-1 | Cu | 0.0232 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 11/29/2018 | S-2 | Cu | 0.0237 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 1/6/2019 | S-1 | Cu | 0.0268 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 1/6/2019 | S-2 | Cu | 0.0406 | 0.0098 | 0.00519 | 0.013 | 0.0332 |

Notice of Violation and Intent to File Suit
May 8, 2023
Page 10

| 1/31/2019 | S-1 | Cu | 0.0227 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
|---|---|---|---|---|---|---|---|
| 1/31/2019 | S-2 | Cu | 0.0556 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 11/28/2019 | S-1 | Cu | 0.0233 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 11/28/2019 | S-2 | Cu | 0.0472 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 12/23/2019 | S-1 | Cu | 0.0129 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 12/25/2019 | S-2 | Cu | 0.0134 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 3/12/2020 | S-1 | Cu | 0.02 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 3/12/2020 | S-2 | Cu | 0.0085 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 3/22/2020 | S-1 | Cu | 0.0082 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 3/22/2020 | S-2 | Cu | 0.013 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 4/6/2020 | S-1 | Cu | 0.03 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 4/6/2020 | S-2 | Cu | 0.023 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 12/28/2020 | S-1 | Cu | 0.033 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 12/28/2020 | S-2 | Cu | 0.47 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 1/28/2021 | S-1 | Cu | 0.013 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 1/28/2021 | S-2 | Cu | 0.028 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 3/3/2021 | S-1 | Cu | 0.036 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 3/3/2021 | S-2 | Cu | 0.041 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 3/10/2021 | S-1 | Cu | 0.024 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 3/10/2021 | S-2 | Cu | 0.037 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 10/25/2021 | S-1 | Cu | 0.053 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 10/25/2021 | S-2 | Cu | 0.045 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 12/14/2021 | S-1 | Cu | 0.041 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 12/14/2021 | S-2 | Cu | 0.038 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 12/23/2021 | S-1 | Cu | 0.01 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 12/23/2021 | S-2 | Cu | 0.024 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 3/28/2022 | S-1 | Cu | 0.04 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 3/28/2022 | S-2 | Cu | 0.16 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 1/5/2023 | S-1 | Cu | 0.043 | 0.0098 | 0.00519 | 0.013 | 0.0332 |
| 3/21/2023 | S-1 | Cu | 0.068 | 0.0098 | 0.00519 | 0.013 | 0.0332 |

**d. Discharge of Storm Water Containing Biochemical Oxygen Demand at Concentrations in Excess of Applicable Water Quality Standards**

| Date | Discharge Point | Parameter | Concentration in Discharge (mg/L) | Numeric Action Level & EPA Benchmark (mg/L) |
|---|---|---|---|---|
| 10/13/2018 | S-1 | BOD | 190 | 30 |
| 10/13/2018 | S-2 | BOD | 71 | 30 |
| 12/28/2020 | S-1 | BOD | 40 | 30 |
| 3/3/2021 | S-1 | BOD | 98 | 30 |

Notice of Violation and Intent to File Suit
May 8, 2023
Page 11

| 3/3/2021 | S-2 | BOD | 120 | 30 |
| 3/10/2021 | S-1 | BOD | 73 | 30 |
| 10/25/2021 | S-1 | BOD | 39 | 30 |
| 3/28/2022 | S-1 | BOD | 130 | 30 |
| 3/28/2022 | S-2 | BOD | 110 | 30 |

**e.  Discharge of Storm Water Containing Total Suspended Solids at Concentrations in Excess of Applicable Water Quality Standards**

| Date | Discharge Point | Parameter | Concentration in Discharge (mg/L) | Numeric Action Level & EPA Benchmark (mg/L) |
|---|---|---|---|---|
| 11/29/2018 | S-1 | TSS | 150 | 100 |
| 11/29/2018 | S-2 | TSS | 173 | 100 |
| 1/31/2019 | S-1 | TSS | 116 | 100 |
| 1/31/2019 | S-2 | TSS | 374 | 100 |
| 11/28/2019 | S-1 | TSS | 172 | 100 |
| 11/28/2019 | S-2 | TSS | 498 | 100 |
| 12/23/2019 | S-1 | TSS | 108 | 100 |
| 4/6/2020 | S-2 | TSS | 170 | 100 |
| 12/28/2020 | S-2 | TSS | 402 | 100 |
| 1/28/2021 | S-2 | TSS | 231 | 100 |
| 3/3/2021 | S-2 | TSS | 124 | 100 |
| 3/10/2021 | S-1 | TSS | 110 | 100 |
| 3/10/2021 | S-2 | TSS | 142 | 100 |
| 10/25/2021 | S-2 | TSS | 184 | 100 |
| 3/28/2022 | S-1 | TSS | 116 | 100 |
| 1/5/2023 | S-1 | TSS | 292 | 100 |
| 3/21/2023 | S-1 | TSS | 248 | 100 |

**f.  Discharge of Storm Water Containing Lead at Concentrations in Excess of Applicable Water Quality Standards**

| Date | Discharge Point | Parameter | Concentration in Discharge (mg/L) | Numeric Effluent Limitation (mg/L) | EPA Benchmark (mg/L) | CTR (mg/L) | NAL (mg/L) |
|---|---|---|---|---|---|---|---|
| 12/28/2020 | S-2 | Pb | 0.32 | 0.0558 | 0.082 | 0.065 | 0.262 |
| 3/21/2023 | S-1 | Pb | 0.072 | 0.0558 | 0.082 | 0.065 | 0.262 |

**g.  Discharge of Storm Water Containing pH Violating Applicable Water Quality Standards**

Notice of Violation and Intent to File Suit
May 8, 2023
Page 12

| Date | Discharge Point | Parameter | pH of Discharge (s.u.) | NAL & EPA Benchmark (s.u.) | Basin Plan (s.u.) |
|---|---|---|---|---|---|
| 10/13/2018 | S-1 | pH | 6 | 6.0 – 9.0 | 6.5 – 8.5 |
| 10/13/2018 | S-2 | pH | 6 | 6.0 – 9.0 | 6.5 – 8.5 |
| 1/31/2019 | S-2 | pH | 6.24 | 6.0 – 9.0 | 6.5 – 8.5 |
| 11/28/2019 | S-1 | pH | 5 | 6.0 – 9.0 | 6.5 – 8.5 |
| 11/28/2019 | S-2 | pH | 5 | 6.0 – 9.0 | 6.5 – 8.5 |
| 12/23/2019 | S-1 | pH | 5 | 6.0 – 9.0 | 6.5 – 8.5 |
| 12/25/2019 | S-1 | pH | 5 | 6.0 – 9.0 | 6.5 – 8.5 |
| 12/25/2019 | S-2 | pH | 6 | 6.0 – 9.0 | 6.5 – 8.5 |
| 3/12/2020 | S-1 | pH | 5 | 6.0 – 9.0 | 6.5 – 8.5 |
| 3/12/2020 | S-2 | pH | 5 | 6.0 – 9.0 | 6.5 – 8.5 |
| 3/22/2019 | S-1 | pH | 6.03 | 6.0 – 9.0 | 6.5 – 8.5 |
| 3/22/2019 | S-2 | pH | 6.4 | 6.0 – 9.0 | 6.5 – 8.5 |
| 4/6/2020 | S-1 | pH | 6.4 | 6.0 – 9.0 | 6.5 – 8.5 |
| 3/10/2021 | S-1 | pH | 6.14 | 6.0 – 9.0 | 6.5 – 8.5 |
| 3/10/2021 | S-2 | pH | 6.2 | 6.0 – 9.0 | 6.5 – 8.5 |
| 10/25/2021 | S-1 | pH | 8.87 | 6.0 – 9.0 | 6.5 – 8.5 |
| 1/5/2023 | S-1 | pH | 8.6 | 6.0 – 9.0 | 6.5 – 8.5 |
| 3/21/2023 | S-1 | pH | 8.71 | 6.0 – 9.0 | 6.5 – 8.5 |

### h.  AltAir's Sample Results Are Evidence of Violations of the General Permit

AltAir's sample results demonstrate violations of the Permit's discharge prohibitions, receiving water limitations and effluent limitations set forth above.  LA Waterkeeper is informed and believes that AltAir has known that its storm water contains pollutants at levels exceeding General Permit standards since at least May 8, 2018, including at least 33 exceedances of water quality standards for zinc (all of which are NEL exceedances); 23 exceedances of water quality standards for chemical oxygen demand; 36 exceedances of water quality standards for copper (34 of which are NEL exceedances); nine exceedances of water quality standards for biochemical oxygen demand; 17 exceedances of water quality standards for total suspended solids (two of which are instantaneous NAL exceedances); 18 exceedances of water quality standards for pH (six of which are instantaneous NAL exceedances); and two exceedances of waters quality standards for lead (both of which are NEL exceedances).

LA Waterkeeper alleges that such violations occur each time storm water discharges from the Facility.  **Attachment A** hereto, sets forth the specific rain dates on which LA Waterkeeper alleges that AltAir has discharged storm water containing impermissible levels of zinc, chemical oxygen demand, copper, biochemical oxygen demand, total suspended solids, pH, and lead in violation of the General Permit.  General Permit, Discharge Prohibitions III.C and III.D, Receiving Water Limitations VI.A, VI.B.

Notice of Violation and Intent to File Suit
May 8, 2023
Page 13

### 4.      AltAir Has Failed to Implement BAT and BCT

Dischargers must implement BMPs that fulfill the BAT/BCT requirements of the CWA and the General Permit to reduce or prevent discharges of pollutants in their storm water discharges.  General Permit, Effluent Limitation V.A.  To meet the BAT/BCT standard, dischargers must implement minimum BMPs and any advanced BMPs set forth in the General Permit's SWPPP Requirements provisions where necessary to reduce or prevent pollutants in discharges.  *See* General Permit, Sections V, X.H.1-2.

AltAir has failed to implement and maintain the minimum BMPs required by the General Permit as evidenced by the exceedances identified above.  Specifically, AltAir has failed to comply with the following: good housekeeping requirements, preventive maintenance requirements; spill and leak prevention and response requirements; material handling and waste management requirements; erosion and sediment controls; employee training and quality assurance; and record keeping.  Permit, Section X.H.1(a-g).

AltAir has further failed to implement advanced BMPs necessary to reduce or prevent discharges of pollutants in its storm water sufficient to meet the BAT/BCT standards, including: exposure minimization BMPs; containment and discharge reduction BMPs; treatment control BMPs; or other advanced BMPs necessary to comply with the General Permit's effluent limitations.  General Permit, Sections X.H.2.  AltAir's own storm water sampling results are further evidence of its failure to implement BMPs that meet the BAT/BCT standards.  In reporting years identified below, AltAir has exceeded the annual, or instantaneous where applicable, NAL for biochemical oxygen demand, chemical oxygen demand, zinc, total suspended solids, copper, and pH:

| Reporting Year | Pollutant | Average Pollutant Concentration | Numeric Action Level (Annual) |
|---|---|---|---|
| 2018-2019 | Biochemical Oxygen Demand | 41.57 mg/L | 30 mg/L |
| 2018-2019 | Chemical Oxygen Demand | 209.14 mg/L | 120 mg/L |
| 2018-2019 | Zinc | 0.40 mg/L | 0.26 mg/L |
| 2018-2019 | Total Suspended Solids | 142.43 mg/L | 100 mg/L |
| 2018-2019 | Copper | 0.0473 mg/L | 0.0332 mg/L |
| 2019-2020 | pH | (Instantaneous NAL Exceeded) | Instantaneous NAL 6.0 – 9.0 s.u. |
| 2019-2020 | Total Suspended Solids | 116.2 mg/L | 100 mg/L |
| 2020-2021 | Chemical Oxygen Demand | 222.06 mg/L | 120 mg/L |
| 2020-2021 | Biochemical Oxygen Demand | 49.69 mg/L | 30 mg/L |
| 2020-2021 | Zinc | 0.48 mg/L | 0.26 mg/L |
| 2020-2021 | Total Suspended Solids | 139.38 mg/L | 100 mg/L |
| 2020-2021 | Copper | 0.0853 mg/L | 0.0332 mg/L |
| 2021-2022 | Zinc | 0.43 mg/L | 0.26 mg/L |
| 2021-2022 | Copper | 0.051 mg/L | 0.0332 mg/L |
| 2021-2022 | Chemical Oxygen Demand | 576.85 mg/L | 120 mg/L |

Notice of Violation and Intent to File Suit
May 8, 2023
Page 14

| 2021-2022 | Biochemical Oxygen Demand | 38.81 mg/L | 30 mg/L |
|-----------|---------------------------|------------|---------|
| 2022-2023 | Total Suspended Solids | 270 mg/L | 100 mg/L |
| 2022-2023 | Zinc | 0.479 mg/L | 0.26 mg/L |
| 2022-2023 | Copper | 0.0555 mg/L | 0.0332 mg/L |
| 2022-2023 | Chemical Oxygen Demand | 166.5 mg/L | 120 mg/L |

In response to NEL exceedances reported in the 2020-2021 reporting year, AltAir prepared a Water Quality Based Corrective Action Report ("CAR"). The CAR purports to evaluate the sources of zinc and copper at the Facility and to evaluate whether the BMPs described in the Facility's SWPPP have been effective at reducing or preventing zinc and copper pollution. The CAR further purports to assess the Facility's SWPPP and its implementation to determine whether additional BMPs or SWPPP implementation measures are necessary to reduce or prevent zinc and copper in the Facility's discharges from exceeding the General Permit's NELs.

The CAR identifies corrective actions to address the NEL exceedances. Specifically, the CAR identifies a capture and treat system that consists of new catch basins, new sump pumps and new 6-inch diameter aboveground piping. The new capture and treat system is designed to capture storm water in basins, then convey that water via sump pumps and piping to existing storage tanks. From the storage tanks, the storm water will be sent to an onsite wastewater treatment system and then discharged into the sanitary sewer system under a sanitation district permit.

The CAR reports that the system was scheduled to be completely installed by Q4 2022, and the Facility's Level 2 ERA Technical Report for biochemical oxygen demand, chemical oxygen demand, copper, and zinc, submitted to SMARTS on December 30, 2022, reports that the system was "completed early fourth quarter 2022." Despite these BMPs, AltAir has failed to implement BAT/BCT at the Facility because the Facility continues to discharge storm water containing pollutants in concentrations that exceed NELs. AltAir recorded at least five NEL exceedances after the BMPs identified above were fully implemented.

Each day that AltAir has failed to develop and implement BAT and BCT at the Facility in violation of the General Permit is a separate and distinct violation of Section 301(a) of the Act, 33 U.S.C. § 1311(a). AltAir has been in violation of the BAT and BCT requirements at its Facility every day since at least May 8, 2018.

## 5. AltAir Has Failed to Comply with the Monitoring Requirements of the General Permit.

The General Permit requires dischargers to implement a Monitoring Implementation Plan. General Permit, Section X.I. As part of their monitoring plan, dischargers must identify all storm water discharge locations. Permit, Section X.I.2. Dischargers must then conduct monthly visual observations of each drainage area, as well as visual observations during discharge sampling events. General Permit, Section XI.A.1 and 2.

Notice of Violation and Intent to File Suit
May 8, 2023
Page 15

Dischargers must collect and analyze storm water samples from two (2) storm events within the first half of each reporting year (July 1 to December 31) and two (2) storm events during the second half of each reporting year (January 1 to June 3).  General Permit, Section XI.B.  Section XI.B requires dischargers to sample and analyze during the wet season for basic parameters such as pH, total suspended solids ("TSS") and oil and grease ("O&G"), certain industry-specific parameters set forth in Table 2 of the General Permit, and other pollutants likely to be in the storm water discharged from the facility based on the pollutant source assessment.  General Permit, Section XI.B.6.  Dischargers must submit all sampling and analytical results via SMARTS within thirty (30) days of obtaining all results for each sampling event.  General Permit, Section XI.B.11.

AltAir has failed to develop and implement an adequate Monitoring Implementation Plan for its Facility, and has thus violated the monitoring requirements of the General Permit.  AltAir has failed to collect the required number of samples for each reporting period.  For example, AltAir failed to collect any samples in the first half of the 2022-2023 reporting year, and has only collected one sample so far in the second half.  AltAir has also failed to monitor every discharge location of storm water associated with industrial activities at its Facility.  Each day that AltAir has failed to develop and implement an adequate Monitoring Implementation Plan is a separate and distinct violation of the Act and Permit.  AltAir has been in violation of the Monitoring requirements every day since at least May 8, 2018.

### 6. AltAir Has Failed to Develop and Implement an Adequate Storm Water Pollution Prevention Plan.

The General Permit requires dischargers to develop and implement a site-specific SWPPP.  General Permit, Section X.A.  The SWPPP must include, among other elements: (1) the facility name and contact information; (2) a site map; (3) a list of industrial materials; (4) a description of potential pollution sources; (5) an assessment of potential pollutant sources; (6) minimum BMPs; (7) advanced BMPs, if applicable; (8) a monitoring implementation plan; (9) annual comprehensive facility compliance evaluation; and, (10) the date that the SWPPP was initially prepared and the date of each SWPPP amendment, if applicable.  *See id.*

Dischargers must revise their SWPPP whenever necessary and certify and submit via the Regional Board's Storm Water Multiple Application and Report Tracking System ("SMARTS") their SWPPP within 30 days whenever the SWPPP contains significant revisions(s); and, certify and submit via SMARTS for any non-significant revisions not more than once every three (3) months in the reporting year.  General Permit, Section X.B.

LA Waterkeeper's investigation indicates that AltAir has been operating with an inadequately developed and implemented SWPPP in violation of General Permit requirements. For example, AltAir has failed to evaluate the effectiveness of its BMPs and to revise its SWPPP as necessary, has failed to develop and implement an adequate site map, and has failed to describe and evaluate the industrial materials and potential pollutant sources at the Facility, all of which have resulted in the Facility's numerous continuing effluent limitation violations.

Notice of Violation and Intent to File Suit
May 8, 2023
Page 16

Each day AltAir failed to develop and implement an adequate SWPPP at its Facility is a violation of the General Permit. The SWPPP violations described above were at all times in violation of Section X of the General Permit. AltAir has been in violation of these requirements at its Facility every day since at least May 8, 2018.

### 7.  AltAir Has Failed to Submit Timely, True and Correct Reports.

Section XVI of the Permit requires dischargers to submit an Annual Report by July 15th of each reporting year to the Regional Board. The Annual Report must be signed and certified by a discharger's Legally Responsible Person, or Duly Authorized Representative. General Permit, Sections XVI.A, XXI.K. The Annual Report must include a compliance checklist, certifying compliance with the General Permit and an explanation of any non-compliance. General Permit, Section XVI.B.

The General Permit also requires dischargers who exceed NELs and NALs to comply with Water Quality Based Corrective Action, Section XX.B, and Exceedance Response Actions, Section XII, respectively.

LA Waterkeeper's investigations indicate that AltAir has submitted incomplete Annual Reports and purported to comply with the Permit despite significant noncompliance at its Facility. Furthermore, AltAir has failed to accurately report their noncompliance to the Regional Board, and has failed to submit all required reports pursuant to Sections XX.B and XII in response to their numerous exceedances of both NELs and NALs. Further, AltAir's December 2022 Level 2 ERA Technical Report was inadequate as evidenced by the continued exceedances of zinc, copper, and lead, even after full implementation of the BMPs described therein. Each day AltAir failed to submit timely, true and correct reports is a separate violation of the Clean Water Act. AltAir has been in violation of these requirements at its Facility every day since at least May 8, 2018.

### III.   Persons Responsible for the Violations.

LA Waterkeeper puts AltAir on notice that they are the persons and entities responsible for the violations described above. If additional persons are subsequently identified as also being responsible for the violations set forth above, LA Waterkeeper puts AltAir on formal notice that it intends to include those persons in this action.

### IV.   Name and Address of Noticing Parties.

The name, address and telephone number of each of the noticing parties is as follows:

Bruce Reznik, Executive Director
Los Angeles Waterkeeper
360 E 2nd Street Suite 250
Los Angeles, CA 90012
(310) 394-6162

Notice of Violation and Intent to File Suit
May 8, 2023
Page 17

**V.    Counsel.**

LA Waterkeeper has retained legal counsel to represent it in this matter.  Please direct all communications to:

Andrew L. Packard
William N. Carlon
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
(707) 782-4060
andrew@packardlawoffices.com
wncarlon@packardlawoffices.com

**VI.    Conclusion**

LA Waterkeeper believes this Notice of Violations and Intent to File Suit sufficiently states grounds for filing suit.  We intend to file a citizen suit under Section 505(a) of the CWA against Franz and their agents for the above-referenced violations upon the expiration of the 60-day notice period.  If you wish to pursue remedies in the absence of litigation, we suggest that you initiate those discussions within the next 20 days so that they may be completed before the end of the 60-day notice period.  We do not intend to delay the filing of a complaint in federal court if discussions are continuing when that period ends.

Sincerely,

William N. Carlon
Law Offices of Andrew L. Packard
Counsel for LOS ANGELES
WATERKEEPER

Notice of Violation and Intent to File Suit
May 8, 2023
Page 18

## **SERVICE LIST**


**VIA CERTIFIED MAIL**

> Michael Regan, Administrator
> U.S. Environmental Protection Agency
> 1200 Pennsylvania Ave., N.W.
> Washington, D.C. 20460
>
> Martha Guzman, Regional Administrator
> U.S. Environmental Protection Agency, Region IX
> 75 Hawthorne Street
> San Francisco, CA 94105
>
> Merrick B. Garland, U.S. Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, DC 20530-0001
>
> Eileen Sobeck, Executive Director
> State Water Resources Control Board
> P.O. Box 100
> Sacramento, CA 95812
>
> Deborah Smith, Executive Officer
> Los Angeles Regional Water Quality Control Board
> 320 W 4th Street, #200
> Los Angeles, CA 90013

**ATTACHMENT A**
**Notice of Intent to File Suit, AltAir**
**Significant Rain Events,\* May 8, 2018 – May 8, 2018**

| | | |
|---|---|---|
| October 12, 2018 | March 13, 2020 | January 14, 2023 |
| October 13, 2018 | March 16, 2020 | January 15, 2023 |
| November 22, 2018 | March 22, 2020 | January 16, 2023 |
| November 29, 2018 | April 5, 2020 | January 29, 2023 |
| December 6, 2018 | April 6, 2020 | January 30, 2023 |
| January 5, 2019 | April 7, 2020 | February 23, 2023 |
| January 7, 2019 | April 9, 2020 | February 24, 2023 |
| January 12, 2019 | April 10, 2020 | February 25, 2023 |
| January 14, 2019 | December 28, 2020 | February 27, 2023 |
| January 15, 2019 | January 23, 2021 | February 28, 2023 |
| January 16, 2019 | January 25, 2021 | March 1, 2023 |
| January 17, 2019 | January 28, 2021 | March 10, 2023 |
| January 31, 2019 | January 29, 2021 | March 11, 2023 |
| February 2, 2019 | March 3, 2021 | March 14, 2023 |
| February 3, 2019 | March 10, 2021 | March 15, 2023 |
| February 4, 2019 | March 11, 2021 | March 20, 2023 |
| February 5, 2019 | March 15, 2021 | March 21, 2023 |
| February 9, 2019 | October 23, 2021 | March 29, 2023 |
| February 10, 2019 | October 25, 2021 | March 30, 2023 |
| February 13, 2019 | December 14, 2021 | May 2, 2023 |
| February 14, 2019 | December 23, 2021 | |
| February 15, 2019 | December 24, 2021 | |
| March 2, 2019 | December 25, 2021 | |
| March 5, 2019 | December 29, 2021 | |
| March 6, 2019 | December 30, 2021 | |
| May 16, 2019 | March 19, 2022 | |
| May 19, 2019 | March 28, 2022 | |
| November 20, 2019 | April 22, 2022 | |
| November 27, 2019 | June 22, 2022 | |
| November 28, 2019 | September 9, 2022 | |
| November 29, 2019 | October 12, 2022 | |
| December 4, 2019 | November 8, 2022 | |
| December 22, 2019 | December 11, 2022 | |
| December 23, 2019 | December 12, 2022 | |
| December 25, 2019 | December 27, 2022 | |
| December 26, 2019 | December 31, 2022 | |
| January 17, 2020 | January 3, 2023 | |
| January 21, 2020 | January 4, 2023 | |
| February 9, 2020 | January 5, 2023 | |
| March 12, 2020 | January 9, 2023 | |
| March 13, 2020 | January 10, 2023 | |

\* Significant Rain Events are days where the 24-hour rainfall total was at least 0.1 inches according to publicly
available rain and weather data collected at a station located near the Facility.