1  **ALSTON & BIRD LLP**
   MATTHEW C. WICKERSHAM, SBN 241733
2    matt.wickersham@alston.com
3  333 South Hope Street, 16th Floor
   Los Angeles, CA 90071-1410
4  Telephone:  213-576-1000
5  Facsimile:   213-576-1100

6  Attorney for Defendant
7  ALTAIR PARAMOUNT, LLC

8  **UNITED STATES DISTRICT COURT**
9  **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALTAIR PARAMOUNT, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:23-cv-05585-GW-PD<br><br>**JOINT REQUEST AND STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT BY 30 DAYS TO CONTINUE SETTLEMENT DISCUSSIONS**<br><br>*[Filed concurrently with [Proposed] Order]*<br><br>Waiver of Service of Complaint Executed: July 21, 2023<br>Current response date: September 12, 2023<br>[Proposed] New response date: October 12, 2023 |

Plaintiff Los Angeles Waterkeeper ("LA Waterkeeper") and Defendant AltAir Paramount, LLC ("AltAir") (collectively the "Parties"), by and through their respective counsel of record, stipulate and agree to extend the time for AltAir to respond to LA Waterkeeper's Amended Complaint [Dkt. 7] and request the Court to grant the Parties' joint request and stipulation extending the time by which AltAir must respond to the Amended Complaint as follows:

1. On July 11, 2023, LA Waterkeeper filed a Complaint against AltAir, Gene Gebolys, Kathryn Gleeson, and Glen Clausen in this Court.

2. On July 21, 2023, LA Waterkeeper filed a first amended complaint against Defendant, dismissing Gene Gebolys, Kathryn Gleeson, and Glen Clausen ("Amended Complaint").

3. On July 21, 2023, AltAir executed a waiver of service of Summons and the Amended Complaint. Pursuant to that waiver of service of summons, AltAir is required to respond to the Amended Complaint by September 12, 2023.

4. As of September 11, 2023, the Parties are engaged in good faith settlement discussions and believe that the filing of a responsive pleading is not warranted at this time. Thus, to conserve the Parties' and the Court's resources, the Parties request that the Court extend the deadline by which AltAir has to respond to the Amended Complaint by thirty (30) days, from September 12, 2023 to October 12, 2023.

5. The dates for discovery cut-off, the pretrial conference, and trial have not yet been set.

6. A [Proposed] Order Granting the Parties' Stipulation to Extend Time to Respond to Complaint by 30 Days to Continue Settlement Discussions is filed concurrently herewith.

Respectfully submitted,

| Dated: September 11, 2023 | **ALSTON & BIRD LLP** |
|---|---|
| | By: /s/ Matthew C. Wickersham<br>Matthew C. Wickersham<br>Attorney for Defendant<br>ALTAIR PARAMOUNT, LLC |
| Dated: September 11, 2023 | **LAW OFFICES OF ANDREW L. PACKARD** |
| | By: /s/ William N. Carlon<br>William N. Carlon<br>Attorney for Plaintiff<br>LOS ANGELES WATERKEEPER |

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and those on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ Matthew C. Wickersham
     Matthew C. Wickersham
     Attorney for Defendant
     ALTAIR PARAMOUNT, LLC