1  **ALSTON & BIRD LLP**
   MATTHEW C. WICKERSHAM, SBN 241733
2    matt.wickersham@alston.com
3  333 South Hope Street, 16th Floor
   Los Angeles, CA 90071-1410
4  Telephone:  213-576-1000
5  Facsimile:   213-576-1100

6  Attorney for Defendant
7  ALTAIR PARAMOUNT, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| LOS ANGELES WATERKEEPER, a California non-profit corporation, | Case No. 2:23-cv-05585-GW-PD |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT REQUEST AND STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT BY 30 DAYS TO CONTINUE SETTLEMENT DISCUSSIONS** |
| v. | |
| ALTAIR PARAMOUNT, LLC, a Delaware limited liability company, | |
| Defendant. | Waiver of Service of Amended Complaint Executed: July 21, 2023<br>Current response date: September 12, 2023<br>[Proposed] New response date: October 12, 2023 |

1 **IT IS HEREBY ORDERED THAT** that Joint Request and Stipulation to Extend the Time to Respond to Amended Complaint by 30 Days (the "Joint Request") submitted by Plaintiff Los Angeles Waterkeeper and Defendant AltAir Paramount, LLC ("AltAir") be granted.

The Court, having reviewed and considered the Joint Request finds good cause to extend the time by which AltAir must respond to the Amended Complaint by 30 days, and

**HEREBY ORDERS AS FOLLOWS**:

The Joint Request shall be **GRANTED**; and

AltAir shall have until October 12, 2023 to respond to the Amended Complaint.

**IT IS SO ORDERED**.

DATED:

                                      Judge George H. Wu
                                  United States District Judge