1  **ALSTON & BIRD LLP**
   MATTHEW C. WICKERSHAM, SBN 241733
2    matt.wickersham@alston.com
3  333 South Hope Street, 16th Floor
   Los Angeles, CA 90071-1410
4  Telephone:  213-576-1000
5  Facsimile:   213-576-1100

6  Attorney for Defendant
7  ALTAIR PARAMOUNT, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALTAIR PARAMOUNT, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:23-cv-05585-GW-PD<br><br>**JOINT REQUEST AND STIPULATION TO STAY CASE DEADLINES FOR FIFTEEN DAYS FOR THE PARTIES TO FINALIZE THE SETTLEMENT AND FILE A NOTICE OF SETTLEMENT AND PROPOSED CONSENT DECREE WITH THE COURT**<br><br>Waiver of Service of Amended Complaint Executed: July 21, 2023<br>Current response date: October 12, 2023<br>[Proposed] New response date: October 27, 2023 |

Plaintiff Los Angeles Waterkeeper ("LA Waterkeeper") and Defendant AltAir Paramount, LLC ("AltAir") (collectively the "Parties") have narrowed the issues remaining for settlement discussions to a few minor issues and therefore, by and through their respective counsel of record, stipulate to and request the Court to grant a stay of all deadlines in this case for fifteen (15) days for the Parties to finalize their settlement agreement and file it with the Court. The Parties stipulate and agree to the following:

1.  On July 21, 2023, AltAir executed a waiver of service of Summons for the Amended Complaint. Pursuant to that waiver of service of summons, AltAir was required to respond to the Amended Complaint by September 12, 2023.

2.  On September 11, 2023, the Parties submitted a joint request for the Court to extend the time by which AltAir had to respond to the Amended Complaint by thirty (30) days because the Parties were engaged in good faith settlement negotiations (Dkt 8.) The Court granted the joint request. (Dkt 9.) Pursuant to the Parties' agreement and Court's order, AltAir must respond to the Amended Complaint by October 12, 2023.

4.  As of October 10, 2023, the Parties have narrowed the outstanding issues for negotiation to a few minor issues. The Parties believe that, given their proximity to settlement, the interests of judicial economy would be served by staying the deadlines in this case, including AltAir's deadline to file a responsive pleading on October 12, 2023, for fifteen (15) days to provide the parties the necessary time to finalize the settlement and file a Notice of Settlement and Proposed Consent Decree for the Court's approval.

6.  A [Proposed] Order Granting the Parties' Joint Request and Stipulation to Stay Case Deadlines for Fifteen Days for the Parties to Finalize the Settlement and File

a Notice of Settlement and Proposed Consent Decree with the Court is filed concurrently hereto.

| Dated: October 10, 2023 | **ALSTON & BIRD LLP** |
|---|---|
| | By: /s/ *[signature]* <br> Matthew C. Wickersham <br> Attorney for Defendant <br> ALTAIR PARAMOUNT, LLC |
| Dated: October 10, 2023 | **LAW OFFICES OF ANDREW L. PACKARD** |
| | By: /s/ *Andrew L. Packard* <br> Andrew L. Packard <br> Attorney for Plaintiff <br> LOS ANGELES WATERKEEPER |

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and those on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ *[signature]*
Matthew C. Wickersham
Attorney for Defendant
ALTAIR PARAMOUNT, LLC