**ALSTON & BIRD LLP**
MATTHEW C. WICKERSHAM, SBN 241733
  matt.wickersham@alston.com
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone: 213-576-1000
Facsimile: 213-576-1100

Attorney for Defendant
ALTAIR PARAMOUNT, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALTAIR PARAMOUNT, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. CV 23-5585-GW-PDx<br><br>**ORDER GRANTING JOINT REQUEST AND STIPULATION TO STAY CASE DEADLINES FOR FIFTEEN DAYS FOR THE PARTIES TO FINALIZE THE SETTLEMENT AND FILE A NOTICE OF SETTLEMENT AND PROPOSED CONSENT DECREE WITH THE COURT**<br><br>Waiver of Service of Amended Complaint Executed: July 21, 2023<br>Current response date: October 12, 2023<br>[Proposed] New response date: October 27, 2023 |

**IT IS HEREBY ORDERED THAT** that the Joint Request and Stipulation to Stay Case Deadlines for Fifteen Days for the Parties to Finalize the Settlement and file a Notice of Settlement and Proposed Consent Decree with the Court (the "Joint Request") submitted by Plaintiff Los Angeles Waterkeeper and Defendant AltAir Paramount, LLC be granted.

The Court, having reviewed and considered the Joint Request finds good cause to stay all deadlines in this case for fifteen (15) days, and

**HEREBY ORDERS AS FOLLOWS**:

The Joint Request shall be **GRANTED**. The Court sets a status conference for November 6, 2023 at 8:30 a.m. The parties are to file a joint status report by noon on November 1, 2023.

**IT IS SO ORDERED**.

DATED: October 11, 2023

*[signature]*

HON. GEORGE H. WU,
United States District Judge