Andrew L. Packard (State Bar No. 168690)
Email: andrew@packardlawoffices.com
William N. Carlon (State Bar No. 305739)
Email: wncarlon@packardlawoffices.com
LAW OFFICES OF ANDREW L. PACKARD
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Phone: (707) 782-4060
Fax: (707) 782-4062

Barak Kamelgard (State Bar No. 298822)
Email: barak@lawaterkeeper.org
Benjamin Harris (State Bar No. 313193)
Email: ben@lawaterkeeper.org
LOS ANGELES WATERKEEPER
360 E 2nd Street, Suite 250
Los Angeles, CA 90012
Phone: (310) 394-6162

Attorneys for Plaintiff
LOS ANGELES WATERKEEPER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit association,<br><br>   Plaintiff,<br><br>   v.<br><br>ALTAIR PARAMOUNT, LLC, a Delaware limited liability company,<br><br>   Defendant. | Case No: 2:23-cv-05585-GW-PD<br><br>**NOTICE OF SETTLEMENT** |

**TO THE CLERK OF THE COURT, ANY INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Los Angeles Waterkeeper and Altair Paramount, LLC, parties in the above-captioned action, have reached settlement and executed a consent decree. The consent decree is subject to the federal agencies' 45-day review period.[1]

PLEASE TAKE FURTHER NOTICE that, in accordance with federal law, no judgment disposing of this action may be entered prior to 45 days following the receipt of the proposed consent decree by the United States Department of Justice and the national and Region IX offices of the United States Environmental Protection Agency. *See* 40 C.F.R. § 135.5 (requiring the parties to provide notice to the court of the 45-day agency review period under 33 U.S.C. § 1365(c)).

The regulatory agencies' review period will end on or about November 30, 2023. If the reviewing agencies do not object to the proposed consent decree, Plaintiff will file a notice of non-objection on or about that date and request entry of the consent decree; if any of the reviewing agencies do object, the parties would require additional time to meet and confer and attempt to resolve the agencies' concerns, and the Court will be so notified.

Date: October 16, 2023

LAW OFFICES OF ANDREW L. PACKARD

William N. Carlon
Attorneys for Plaintiff
Los Angeles Waterkeeper

---

[1] Title 33 of the United States Code Section 1365(c) provides that "[n]o consent judgment shall be entered in an action in which the United States is not a party prior to 45-days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator."