UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-5585-GW-PDx | Date | October 17, 2023 |
|---|---|---|---|
| Title | *Los Angeles Waterkeeper v. AltAir Paramount, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On October 16, 2023, Plaintiff Los Angeles Waterkeeper filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 45 days. The Court sets an order to show re: settlement hearing for December 4, 2023 at 8:30 a.m. The parties are to file a notice of dismissal or a joint status report by noon on December 1, 2023.

:

Initials of Preparer   JG